

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2009–1618.   JDS Salupo, Ltd. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–A–2162.